IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:08cr153-WHA |
| ANDREW LEWIS DAVIS | ) | |

## **ORDER**

This case is before the court on the Unopposed Motion to Continue Trial (Doc. #14), filed by the Defendant on September 4, 2008. The United States does not oppose the motion.

For the reason that defense counsel is in need of additional time to complete his investigation and to adequately prepare a defense, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term of court commencing September 22, 2008, and RESET for the term of court commencing October 20, 2008.

DONE this 8th day of September, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE